

# IN THE
# TENTH COURT OF APPEALS

### No. 10-12-00364-CV

**MOHAMMAD ARSHAD,**

**Appellant**

 **v.**

**STARS IMPEX, INC.,**

**Appellee**

**From the County Court at Law
Hill County, Texas
Trial Court No. 49479**

## MEMORANDUM OPINION

Mohammad Arshad appealed the trial court's final summary judgment granted in favor of Stars Impex, Inc. After participating in mediation, Arshad has now filed a motion to dismiss the appeal, with prejudice, stating that all matters in the appeal between the parties have been resolved and that no controversy exists between the parties.

This appeal is reinstated. Arshad's motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed August 1, 2013
[CV06]